# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEMARIO WILKES, )<br>    Defendant. ) | No. 25-20263 |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Mark S. Norris for all further proceedings.

**IT IS SO ORDERED,** this 17th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE